# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

          Respondent

            v.

CHARLES RICE,

          Petitioner

: No. 389 EAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

          Respondent

            v.

CHARLES RICE,

          Petitioner

: No. 390 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

          Respondent

            v.

CHARLES RICE,

          Petitioner

: No. 391 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

          Respondent

            v.

: No. 392 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

CHARLES RICE,            :

         Petitioner         :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.

[389 EAL 2021, 390 EAL 2021, 391 EAL 2021 and 392 EAL 2021] - 2